

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ROBERT JOSEPH BISON JR. (01)
ERNESTO ALONZO GONZALEZ (02)
MAURICIO ENRIQUE HERNANDEZ (03)

No.

**4-26CR-092-0**

## INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown but no later than in and around December 2025, and continuing until in and around February 2026, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants, **Robert Joseph Bison Jr., Ernesto Alonzo Gonzalez, Mauricio Enrique Hernandez**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), namely, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 846.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

**Indictment - Page 1 of 2**

<u>Forfeiture Notice</u>
(21 U.S.C. § 853(a)(1))

The allegations contained in Count One this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853(a)(1), upon conviction of an offense in violation of 21 U.S.C. §§ 846 and 841 as alleged, defendants, **Robert Joseph Bison Jr., Ernesto Alonzo Gonzalez, Mauricio Enrique Hernandez,** shall forfeit to the United States of America all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the offenses and all rights, title and interest in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of either of the Title 21 violations alleged in this Indictment.

A TRUE BILL.

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Laura.Montes@usdoj.gov

Indictment — Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ROBERT JOSEPH BISON, JR. (01)
ERNESTO ALONZO GONZALEZ (02)
MAURICO ENRIQUE HERNANDEZ (03)

INDICTMENT

Conspiracy to Possess with Intent to Distribute a Controlled Substance
21 U.S.C. § 846(21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Count 1

Forfeiture Notice
21 U.S.C. § 853(a)(1)

A true bill rendered

FORT WORTH _____ VVVV avy __ FOREPERSON

Filed in open court this 8th day of April 2026.

**Warrants to Issue – Defendant's in State custody**

_____
UNITED STATES MAGISTRATE JUDGE
Pending Criminal Matter – 4:26-MJ-196-BP